```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                                   Case No. 14-03583-RNO
Laura J. Beard                                                           Chapter 7
         Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-1          User: CGambini              Page 1 of 1              Date Rcvd: Mar 24, 2017
                              Form ID: fnldec             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 26, 2017.
db              +Laura J. Beard,    490 Steven Drive,    York, PA 17406-1431

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Firm of Ream Carr Markey and Woloshin
                                                                                      TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 24, 2017 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    GREEN TREE SERVICING LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Leanne Marie Miller    on behalf of Debtor Laura J. Beard lmmiller@cgalaw.com,   hlocke@cgalaw.com,
               tlocondro@cgalaw.com,rminello@cgalaw.com,kwengert@cgalaw.com,kbrayboy@cgalaw.com
              Steven M. Carr    on behalf of Trustee Steven M. Carr (Trustee) stevecarr8@comcast.net,
               njdodson@comcast.net
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com,   pa31@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    GREEN TREE SERVICING LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Laura J. Beard  
aka Laura Jean Beard, aka Laurie J. Beard, aka Laurie Jean Beard  
490 Steven Drive  
York, PA 17406

Chapter 7  
Case No. 1:14−bk−03583−RNO

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−4435

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, Steven M. Carr (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: March 24, 2017

By the Court,

Honorable Robert N. Opel  
United States Bankruptcy Judge  
By: CGambini, Deputy Clerk